# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSEPH TEEVAN<br>*Plaintiff*<br>v.<br>GEORGE N. LONGWORTH ET AL.<br>*Defendant* | ) ) ) ) ) ) | Case No. 12-CIV. 7611 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GEORGE N. LONGWORTH,, JOSEPH J. YASINSKI, KIERAN O'LEARY, THOMAS GLEASON AND COW

Date: 11/14/2012

*Attorney's signature*

IRMA W COSGRIFF (1WC 1326)
*Printed name and bar number*

OF COUNSEL TO ROBERT F. MEEHAN
148 MARTINE AVENUE, ROOM 600
WHITE PLAINS, NEW YORK 10601

*Address*

iwc1@westchestergov.com
*E-mail address*

(914) 995-3577
*Telephone number*

(914) 995-3132
*FAX number*